# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | No. 1:18-cr-00093 |
| v. : | |
| : | (Judge Kane) |
| **JULIUS ROBERT BUTLER,** : | |
|    Defendant : | |

## ORDER

**AND NOW**, on this 7th day of June 2019, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT** Defendant's motion to dismiss the indictment, or in the alternative, for a bill of particulars (Doc. No. 44), and motion for discovery (Doc. No. 50) are **DENIED**. **IT IS FURTHER ORDERED THAT** a separate Order scheduling jury selection and trial in the above-captioned action shall issue.

                                                   s/ Yvette Kane
                                                   Yvette Kane, District Judge
                                                   United States District Court
                                                   Middle District of Pennsylvania